### 1200. SOUTHERN RAILWAY COMPANY v. MELTON.

HILL, C. J. All the questions embraced in the writ of error in this case having been certified to the Supreme Court and decided by that court adversely to the contentions of the plaintiff in error, the judgment is
*Affirmed.*

Action for penalty, from city court of Baxley—Judge Thomas. May 6, 1908.

Argued November 23, 1908.—Decided November 9, 1909.

*J. F. DeLacy, McDaniel, Alston & Black,* for plaintiff in error.
*V. E. Padgett,* contra.